Benjamin K. Lunch, State Bar No. 246015
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel.   (415) 677-9440
Fax   (415) 677-9445
Email: blunch@neyhartlaw.com
       wling@neyhartlaw.com

Carmen Plaza de Jennings, State Bar No. 91742
HIRSCHFELD KRAEMER LLP
505 Montgomery Street, 13th Fl
San Francisco, CA 94111
Tel:   (415) 835-9000
Email: cpdjennings@hkemploymentlaw.com

**Attorneys for Plaintiffs & Defendants**

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>BEING OF SERVICE, INC., a California corporation; ADVANCED ELECTRIC SOLUTIONS, a California corporation,<br><br>           Defendants. | Case No.  3:13-cv-05810-WHO MED<br><br>**STIPULATION RE: EXTENSION OF DISCOVERY & ORDER**<br><br>Mediator:             C. Mark Humbert<br>Complaint Filed:  December 16, 2013<br>Trial Date:           May 18, 2015 |

The parties to the above-action hereby submit the following Stipulation regarding the Civil Pretrial Order issued on April 23, 2014 by the Hon. William H. Orrick.

WHEREAS, the parties are in the midst of mediation;

WHEREAS, the parties are in the process of meeting and conferring via telephone and written correspondence regarding a potential exchange of information in an effort to resolve this case;

WHEREAS, the parties' selected mediator, C. Mark Humbert, is facilitating the parties' exchange of information and continued settlement efforts;

WHEREAS, the parties wish to continue to engage in meaningful mediation and settlement efforts;

In light of the foregoing, Plaintiffs ELECTRICAL INDUSTRY SERVICE BUREAU INC. and NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST, et al. and Defendants BEING OF SERVICE, INC., a California Corporation and ADVANCED ELECTRIC SOLUTIONS, INC., a California Corporation, by their undersigned counsel, do hereby stipulate to an order continuing the dates for the pre-trial schedule by ninety days:

| **Matter** | **Date as scheduled** | **Date continued to** |
|---|---|---|
| Discovery cutoff: | November 28, 2014 | February 26, 2015 |
| Expert disclosure: | October 10, 2014 | January 8, 2015 |
| Motions heard by: | February 11, 2015 | May 12, 2015 |

Both parties believe this continuance in the best interest of expeditiously resolving the case.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  October 6, 2014           NEYHART, ANDERSON, FLYNN & GROSBOLL

-1-

Case No. 3:13-cv-05810-WHO MED
STIPULATION RE: MEDIATION, SETTLEMENT CONFERENCE & ORDER

_____
Wan Yan Ling
Attorneys for Plaintiffs

Dated: October__, 2014          HIRSCHFELD KRAEMER LLP

_____
Carmen Plaza de Jennings
Attorneys for Defendants

IT IS SO ORDERED, **except as modified below**.

The last day to hear a dispositive motion shall be **April 8, 2015**.

The Pretrial Conference, currently set for May 4, 2015, is continued to **June 8, 2015**, at 2:00 p.m in Courtroom 12 of the U. S. District Court, Northern District of California, San Francisco Division.

The trial date, currently set for May 18, 2015, is continued to **July 6, 2015** at 8:00 a.m. in Courtroom 12 of the U. S. District Court, Northern District of California, San Francisco Division.

Dated: October 10, 2014

_____
Hon. William H. Orrick