Benjamin K. Lunch, State Bar No. 246015
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel.   (415) 677-9440
Fax   (415) 677-9445
Email: blunch@neyhartlaw.com
       wling@neyhartlaw.com

Carmen Plaza de Jennings, State Bar No. 91742
Jayne Benz Chipman, State Bar No. 140048
HIRSCHFELD KRAEMER LLP
505 Montgomery Street, 13th Fl
San Francisco, CA 94111
Tel:   (415) 835-9000
Email: cpdjennings@hkemploymentlaw.com
       jchipman@hkemploymentlaw.com

**Attorneys for Plaintiffs & Defendants**

## U.S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BEING OF SERVICE, INC., a California corporation; ADVANCED ELECTRIC SOLUTIONS, a California corporation,<br><br>    Defendants. | Case No.  3:13-cv-05810-WHO MED<br><br>**STIPULATION RE: EXTENSION OF DISCOVERY & [PROPOSED] ORDER**<br><br>Mediator:          C. Mark Humbert<br>Complaint Filed:  December 16, 2013<br>Trial Date:        July 6, 2015 |

-0-

The parties to the above-action hereby submit the following Stipulation regarding the Order issued on October 10, 2014 by the Hon. William H. Orrick.

WHEREAS, the parties remain in the midst of mediation;

WHEREAS, the parties' selected Mediator, C. Mark Humbert, is facilitating the parties' exchange of information and continued settlement efforts;

WHEREAS, the parties have agreed to exchange certain information and documents in January 2015 as part of the continued mediation and thereafter meet again with the Mediator; and

WHEREAS the parties wish to continue to engage in meaningful mediation and settlement efforts;

In light of the foregoing, Plaintiffs ELECTRICAL INDUSTRY SERVICE BUREAU, INC. and NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST, et al. and Defendants BEING OF SERVICE, INC., a California Corporation and ADVANCED ELECTRIC SOLUTIONS, INC., a California Corporation, by their undersigned counsel, do hereby stipulate to an order continuing the dates for the pre-trial schedule by ninety (90) days:

| Matter | Date as scheduled | Date continued to |
| --- | --- | --- |
| Discovery cutoff: | February 26, 2015 | May 27, 2015 |
| Expert disclosure: | January 8, 2015 | April 8, 2015 |
| Motions heard by: | April 8, 2015 | July 7, 2015 |
| Expert rebuttal: | | April 29, 2015 |
| Close of expert discovery: | | May 15, 2015 |

Both parties believe this continuance is in the best interest of expeditiously resolving the case.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January __, 2015            NEYHART, ANDERSON, FLYNN & GROSBOLL

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

Case No. 3:13-cv-05810-WHO MED
STIPULATION RE: MEDIATION, SETTLEMENT CONFERENCE & [PROPOSED] ORDER

Benjamin K. Lunch
Wan Yan Ling
Attorneys for Plaintiffs

Dated: January 7, 2015

HIRSCHFELD KRAEMER LLP

*/s/ Jayne B. Chipman/*
Carmen Plaza de Jennings
Jayne Benz Chipman
Attorneys for Defendants

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Pretrial Conference, currently set for June 8, 2015 at 2:00 p.m. in the above action is hereby continued to 9/14/2015 @ 2:00 p.m, in ~~Dept~~ Rm. 12 of the U. S. District Court, Northern District of California, San Francisco Division.

IT IS FURTHER ORDERED that the trial date, currently set for July 6, 2015 at 8:00 a.m. in the above action is hereby continued to 10/13/2015 @ 8:30, in ~~Dept~~ Rm 12 of the U. S. District Court, Northern District of California, San Francisco Division.

Dated: January 13, 2015

Hon. William H. Orrick

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW