Carmen Plaza de Jennings (SBN 091742)
Jayne Benz Chipman (SBN 140048)
HIRSCHFELD KRAEMER LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
E-mail: cpdjennings@hkemploymentlaw.com
         jchipman@hkemploymentlaw.com

Benjamin K. Lunch (SBN 246015)
Wan Yan Ling (SBN 297029)
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 677-9440
Facsimile: (415) 677-9445
E-mail: blunch@neyhartlaw.com
         wling@neyhartlaw.com

**Attorneys for Defendants & Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; et al., <br><br>Plaintiffs, <br><br>vs. <br><br>BEING OF SERVICE, INC., a California corporation; ADVANCED ELECTRIC SOLUTIONS, INC., a California corporation, <br><br>Defendants. | Case No. 3:13-cv-05810-WHO <br><br>**STIPULATION RE: EXTENSION OF DISCOVERY & [PROPOSED] ORDER** <br><br>Mediator:         C. Mark Humbert <br>Complaint Filed: December 16, 2013 <br>Trial Date:       October 13, 2015 |

//
//
//
//

1  The parties to the above-action hereby submit the following Stipulation regarding the
2  Order issued on January 13, 2015 by the Hon. William H. Orrick.
3  WHEREAS, the parties have engaged in meaningful mediation and settlement efforts with
4  the parties' selected Mediator, C. Mark Humbert; and
5  WHEREAS, the parties believe that continuation of the discovery and other court dates is
6  necessary to facilitate completion of the ongoing mediation process;
7  In light of the foregoing, Plaintiffs ELECTRICAL INDUSTRY SERVICE BUREAU,
8  INC. and NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST, et al. and
9  Defendants BEING OF SERVICE, INC., a California Corporation and ADVANCED ELECTRIC
10 SOLUTIONS, INC., a California Corporation, by their undersigned counsel, do hereby stipulate
11 to an order continuing the dates for the pre-trial schedule by sixty (60) days:

| Matter | Date as scheduled | Date continued to |
|---|---|---|
| Discovery cutoff: | May 27, 2015 | July 27, 2015 |
| Expert disclosure: | April 8, 2015 | June 8, 2015 |
| Motions heard by: | July 7, 2015 | September 8, 2015 |

18  Both parties believe this continuance is in the best interest of all parties in resolving the
19 case.
20  IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 8, 2015   HIRSCHFELD KRAEMER LLP

/s/ Jayne B. Chipman
Carmen Plaza de Jennings
Jayne Benz Chipman
Attorneys for Defendants

2
STIPULATION RE EXTENSION OF DISCOVERY AND [PROPOSED] ORDER
CASE NO. 3:13-CV-05810-WHO MED

Dated: April 8, 2015

NEYHART, ANDERSON, FLYNN & GROSBOLL

Benjamin K. Lunch
Wan Yan Ling
Attorneys for Plaintiffs

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Case Management Conference, currently set for May 12, 2015 at 2:00 p.m. in the above action is hereby continued to August 11, 2015, in Dept. 2 of the U.S. District Court, Northern District of California, San Francisco Division.

~~IT IS FURTHER ORDERED that the Pretrial Conference, currently set for September 14, 2015 at 2:00 p.m. in the above action is hereby continued to _____, in Dept _____ of the U.S. District Court, Northern District of California, San Francisco Division.~~

~~IT IS FURTHER ORDERED that the trial date, currently set for October 13, 2015 at 8:30 a.m. in the above action is hereby continued to _____, in Dept _____ of the U.S. District Court, Northern District of California, San Francisco Division.~~

Dated: April 20, 2015

Hon. William H. Orrick