UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BEING OF SERVICE INC, et al.,<br><br>   Defendants. | Case No. 13-cv-05810-WHO<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO CONVERT THIS CASE TO DEFAULT AND ENTERING DEFAULT AGAINST DEFENDANTS BEING OF SERVICE, INC. AND ADVANCED ELECTRIC SOLUTIONS, INC.**<br><br>Re: Dkt. Nos. 38, 40, 41, 42 |

Counsel for defendants moved to withdraw on May 28, 2015 because defendants instructed them to cease work and move to withdraw, despite counsel's advice that corporations must be represented by an attorney in order to litigate in court. Dkt. No. 32, p.2. I granted the motion on June 8, 2015, stayed the case until August 1, 2015 to allow defendants to obtain new counsel, and set a Case Management Conference for August 11, 2015. Dkt. No. 38. I reiterated in my Order that the defendants, as corporations, could only defend this litigation if they were represented by counsel. On July 31, 2015, I received a letter from the CEO of Being of Service, Dan Carlos, indicating that defendants would not be obtaining counsel and recognizing that their failure to do so would mean that they could not participate in this litigation and that a default would likely be entered. Dkt. No. 40. Plaintiffs moved for entry of default on August 4, 2015. Dkt. No. 41. Plaintiffs appeared for the Case Management Conference on August 11, 2015. There was no appearance on behalf of defendants.

In light of these facts, I GRANT plaintiff's motion and ENTER default against the defendants for their failure to "otherwise defend" this case pursuant to Federal Rule of Civil

1  Procedure 55(a).  Plaintiffs shall either apply for a default judgment or request a further Case
2  Management Conference within 60 days of the date of this Order to explain why additional time is
3  needed.
4  **IT IS SO ORDERED**.
5  Dated: August 13, 2015



WILLIAM H. ORRICK
United States District Judge